IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

U.S. Equal Employment Opportunity Commission                    *

**Plaintiff,**

                              *

v.                                    Case No. 1:24-cv-01123

Sheetz, Inc.; Sheetz Distribution Services, LLC; CLI Transport, LP                    *

**Defendant.**                    *

### REQUEST FOR ENTRY OF APPEARANCE
### ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of _Plaintiff U.S. Equal Employment Opportunity Commission_.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| Pennsylvania | October 23, 2013 |
| | |
| | |
| | |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

04/17/2024
Date

*[Signature]*
Signature

Gregory A. Murray, Pa. Bar No. 316144
Printed name and bar number

EEOC – Pittsburgh Area Office, William S. Moorhead Fed. Bldg., 1000 Liberty Ave., Ste. 1112, Pittsburgh, PA 15222
Address

gregory.murray@eeoc.gov
Email address

412-588-6907
Telephone number

412-395-5749
Fax number

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance**.