IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States Equal Employment Opportunity Commission | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. __1:24-cv-01123__ |
| Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP, | * | |
| **Defendants.** | * | |

### REQUEST FOR ENTRY OF APPEARANCE
### ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of __Plaintiff U S Equal Employment Opportunity Commission__

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| New York State | February 5, 2020 |
| | |
| | |
| | |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

April 17, 2024
Date

*[signature]*
Signature

Jenny Xia, New York No. 5744933
Printed name and bar number

U.S. Equal Employment Opportunity Commission - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland 21201
Address

jenny.xia@eeoc.gov
Email address

410-801-6687
Telephone number

(443) 992-7880
Fax number

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance**.