# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

U.S. Equal Employment Opportunity Commission

**Plaintiff,**

v.

Sheetz, Inc.; Sheetz Distribution Services, LLC; and CLI Transport, LP

**Defendant.**

\*   \*   \*   \*

Case No. 1:24-cv-01123-JKB

## REQUEST FOR ENTRY OF APPEARANCE
## ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of Plaintiff U.S. Equal Employment Opportunity Commission.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| Supreme Court of Ohio | Nov. 9, 1998 |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

April 17, 2024
Date

*[Signature]*
Signature

Ronald L. Phillips, Ohio No. 0070263
Printed name and bar number

EEOC - Baltimore Field Office, George H. Fallon Federal Bldg., 31 Hopkins Plaza, Ste. 1432, Baltimore, MD 21201
Address

ronald.phillips@eeoc.gov
Email address

(410) 801-6714
Telephone number

(410) 992-7880
Fax number

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**