IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>SHEETZ, INC., *et al.*,<br><br>*Defendant*. | Civil Action No. 1:24-cv-01123-JRR |

## ORDER OF DISCLOSURE

By this order, the court informs the parties and counsel that Delaney Anderson, a law clerk of the undersigned, is a former employee of the United States Equal Employment Opportunity Commission where she served as a trial attorney before the start of her service with chambers. Ms. Anderson's last day of employment at the EEOC was January 26, 2024. As an EEOC employee, Ms. Anderson was supervised by Ronald Phillips, Esquire, and was a team co-worker of Gregory Murray, Esquire; Ms. Anderson also came to know counsel of record Debra Lawrence, Esquire, and Jenny Xia, Esquire, casually.

Ms. Anderson had no role or involvement in the development or filing of this action, and is unaware of information pertaining to it that is not set forth in the public record. Ms. Anderson's status as a law clerk poses no conflict or concern for the court as to its capacity to serve in an unbiased, neutral and fair manner; that notwithstanding, the court has assigned this case to another law clerk.

Any objection to the court presiding over this action in light of the foregoing disclosure shall be made in writing no later than ten (10) days after defense counsel's entry of appearance (with respect to each Defendant); and, for Plaintiff, no later than May 3, 2024.

/s/

_____

Julie R. Rubin

April 23, 2024                                            United States District Judge