**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP, <br><br> Defendants. | Case No. 1:24-cv-01123-JRR <br> Judge Julie R. Rubin |

**DEFENDANTS' MOTION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404(a)**

Pursuant to 28 U.S.C. § 1404(a), Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP ("Defendants") move to transfer venue to the United States District Court for the Western District of Pennsylvania. For the reasons more fully set forth in the accompanying Memorandum of Law in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), incorporated herein by reference, the District of Maryland is not the appropriate place to litigate this case, since Defendants' corporate headquarters, relevant decisionmakers, and much of the evidence, such as relevant documents, are located in the Western District of Pennsylvania. Accordingly, Defendants respectfully request that the Court grant their Motion to Transfer Venue and transfer this matter to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ Steven E. Kaplan*

Steven E. Kaplan (Md. Fed. Bar No. 16531)
skaplan@littler.com
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
Tel: 202.842.3400
Fax: 202.842.0011

Robert W. Cameron (PA Bar No. 69059)*
bcameron@littler.com
Katelyn W. McCombs (PA Bar No. 323746)*
kmccombs@littler.com
625 Liberty Avenue
26th Floor
Pittsburgh, PA  15222
Tel: 412.201.7600
Fax: 412.774.1948

*Counsel for Defendants*

Dated:  June 12, 2024

*\* Pro Hac Vice Forthcoming*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 12th day of June 2024, the foregoing Defendants' Motion to

Transfer Venue Pursuant to 28 U.S.C. § 1404(a) was filed using the USDC District of Maryland's

ECF system, through which this document is available for viewing and downloading, causing a

notice of electronic filing to be served upon the following counsel of record.

Debra M. Lawrence, Esq.
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
debra.lawrence@eeoc.gov

Ronald L. Phillips, Esq.
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
ronald.phillips@eeoc.gov

Gregory A. Murray, Esq.
EEOC - Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
gregory.murray@eeoc.gov

/s/ *Steven E. Kaplan*
Steven E. Kaplan

4854-9432-4935.1 / 052063-1187