# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP,<br><br>            Defendants. | Case No. 1:24-cv-01123-JRR<br>Judge Julie R. Rubin |

## PROPOSED ORDER

AND NOW, this the _____ day of _____, 2024, upon consideration of Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP's ("Defendants") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), Plaintiff's Opposition, and Defendants' Reply, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' Motion is GRANTED. This action is hereby transferred to the United States District Court for the Western District of Pennsylvania for all further proceedings.

 

                                                                                        _____<br>
                                                                                        Hon. Julie R. Rubin<br>
                                                                                        United States District Judge