# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP,<br><br>      Defendants. | Case No. 1:24-cv-01123-JRR<br>Judge Julie R. Rubin |

## <u>DECLARATION OF JEFF EISAMAN</u>

I, Jeff Eisaman, make the following Declaration under penalty of perjury pursuant to the laws of the United States:

1.  I am over the age of 18, am under no legal disability, and am competent to testify. If called as a witness, I would and could testify competently to the facts set forth in this declaration based on my personal knowledge.

2.  I am employed by CLI Transport, LP ("CLI") as Director of Transportation. I have been employed in this role since October 2023.

3.  Prior to my position as Director of Transportation, I was the Senior Regional Manager of Transportation for CLI and the Terminal Manager for the Claysburg Terminal.

4.  I have been employed by CLI since 2013.

5.  CLI is the dedicated petroleum carrier for Sheetz, Inc. ("Sheetz").

6.  CLI is not a subsidiary of Sheetz.

7.  CLI contracts with Sheetz for certain administrative and operational support services.

8.     CLI's headquarters is located in Altoona, Pennsylvania.

9.     CLI is incorporated in the Commonwealth of Pennsylvania.

10.    CLI runs approximately 240 tankers, drives over 24 million miles annually, and delivers more than 2.4 billion gallons of petroleum products to Sheetz convenience stores.

11.    CLI has 13 main terminals and satellite terminals in the six states where Sheetz currently has stores.

12.    CLI has five main terminals in Pennsylvania: Altoona, Carlisle, Ephrata, Pittsburgh, and Scranton.

13.    CLI also has three satellite terminals in Pennsylvania: Dubois, Latrobe, and Selinesgrove.

14.    CLI does not have a main terminal in Maryland, and only has one small satellite terminal in Maryland, located in Walkersville, Maryland.

15.    The Walkersville, Maryland satellite terminal is operationally connected to the main terminal located in Manassas, Virginia.

16.    CLI has over 650 employees, and only 14 employees work at the Walkersville, Maryland satellite terminal.

17.    CLI does not have any other facility in Maryland.

18.    CLI does not maintain any back office support or administrative support out of Maryland.

19.    No CLI employees responsible for developing, revising, or administering CLI's pre-hire criminal history review policies or procedures work in Maryland.

20.    Until approximately May 2024, the employees responsible for developing, revising, and administering the policies regarding hiring and procedures regarding criminal history reviews for CLI applicants worked out of the Altoona, Pennsylvania terminal.

21.    Now, the employees responsible for developing, revising, and administering the policies regarding hiring and procedures regarding criminal history reviews for CLI applicants work out of Sheetz's Operations Support Center in Claysburg, Pennsylvania, pursuant to a shared services agreement between CLI and Sheetz.

22.    Because the back-office operations for CLI are mainly in Blair County, Pennsylvania, many of the documents and materials related to hiring and criminal history reviews are maintained at the CLI or Sheetz facilities there.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: JUNE 11, 2024

Jeff Ersaman