IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP,<br><br>      Defendants. | Case No. 1:24-cv-01123-JRR<br>Judge Julie R. Rubin |

**DEFENDANTS' PARTIAL MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP ("Defendants") move to dismiss in part the claims filed by the Equal Employment Opportunity Commission. For the reasons more fully set forth in the accompanying Brief in Support of Partial Motion to Dismiss for Failure to State a Claim, incorporated herein by reference, all claims arising before May 13, 2017 must be dismissed because they are barred by the 300-day charge-filing period in Section 706(e)(1) of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-5(e)(1). Accordingly, Defendants respectfully request that the Court grant their Partial Motion to Dismiss and dismiss all claims arising before May 13, 2017.

        Respectfully submitted,

        LITTLER MENDELSON, P.C.

        */s/ Steven E. Kaplan*

        Steven E. Kaplan (Md. Fed. Bar No. 16531)
        skaplan@littler.com
        815 Connecticut Avenue, NW, Suite 400
        Washington, DC 20006-4046
        Tel: 202.842.3400
        Fax: 202.842.0011

        Robert W. Cameron (PA Bar No. 69059)\*
        bcameron@littler.com
        Katelyn W. McCombs (PA Bar No. 323746)\*
        kmccombs@littler.com
        625 Liberty Avenue, 26th Floor
        Pittsburgh, PA 15222
        Tel: 412.201.7635/7641
        Fax: 412.774.1948

        *Counsel for Defendants*

        *\* Pro Hac Vice Pending*

Dated: June 14, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June 2024, the foregoing Defendants' Partial Motion to Dismiss for Failure to State a Claim was filed using the USDC District of Maryland's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record.

Debra M. Lawrence, Esq.
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
debra.lawrence@eeoc.gov

Ronald L. Phillips, Esq.
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
ronald.phillips@eeoc.gov

Gregory A. Murray, Esq.
EEOC - Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
gregory.murray@eeoc.gov

/s/ *Steven E. Kaplan*
Steven E. Kaplan

4877-7146-3367.1 / 052063-1187