**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | Case No. 1:24-cv-01123-JRR |
| v. | Judge Julie R. Rubin |
| SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP, | |
| Defendants. | |

**<u>PROPOSED ORDER</u>**

AND NOW, this the _____ day of _____, 2024, upon consideration of Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP's ("Defendants") Partial Motion to Dismiss for Failure to State a Claim, Plaintiff's Opposition, and Defendants' Reply, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' Motion is GRANTED. All claims arising before May 13, 2017 are hereby DISMISSED with prejudice.

_____
Hon. Julie R. Rubin
United States District Judge