# Exhibit B

The EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and
The PENNSYLVANIA HUMAN RELATIONS COMMISSION

CHARGE OF DISCRIMINATION

Charge Number 533-2018-01081

**Name:** Rachael Whethers
**Telephone Number:** (724) 320-7953
**Address:** 56 Main Street, McClellandtown, PA 15458
**Date of Birth:** December 1, 1979

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

**Name:** Sheetz, Inc.
5700 6th Avenue
Altoona, PA 16602

**Telephone Number:** 814-946-5106

**Number of Employees:** More than 100

**Cause of Discrimination Based On:** Race (Disparate impact)

**Date Discrimination Took Place:** January 17, 2018

**The Particulars Are:**

1. In January 2018, Respondent offered me employment for a customer service/cashier position, contingent on passing a drug test and a background check.

2. My race is African American.

3. On January 6, 2018, I passed Respondent's drug test.

4. When I applied to work for Respondent, I disclosed in my application that I had convictions for possession with intent to deliver a controlled substance in 2010, and possession with intent to deliver and criminal conspiracy in 2000.

5. As a result of my truthfulness, Respondent authorized its background check company, GIS Employment Background Reporting (GIS), to extend its criminal record check search period further back than it normally would.

6. On January 17, 2018, GIS notified me that Sheetz, Inc.; Sheetz Distribution Services; Sheetz Brothers Kitchen; and CL Transport, LP elected not to extend me an offer of employment

1

"based on information contained in a recently obtained consumer report," i.e., criminal background check.

7. My marijuana-related convictions, which occurred approximately 8 years and 18 years prior to Respondent's decision not to hire me, do not relate to my suitability to work for Respondent.

8. I believe Respondent's decision not to hire me, and its policy against hiring individuals with certain convictions, has a disparate impact on African American individuals, and is not job related or consistent with business necessity, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(k).

9. I want this charge to be cross-filed with the Pennsylvania Human Relations Commission and investigated by the EEOC.

**I declare under penalty of perjury that I have read the above charge and that it is true and correct to the best of my knowledge, information and belief.**

_Rachael Whethers_ (signature)
Rachael Whethers

3/9/2018
Date