# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SHEETZ, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 1:24-cv-01123-JRR<br><br>Hon. Julie R. Rubin |

### DECLARATION OF MARTHA FOSTER

I, Martha Foster, declare as follows:

1. I am a Paralegal Specialist employed by the U.S. Equal Employment Opportunity Commission ("EEOC") and am assigned to EEOC's Baltimore Field Office.

2. I am over the age of 18 and competent to execute this declaration.

3. I submit this declaration in support of EEOC's Response in Opposition to Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a).

4. I have reviewed certain data from General Information Services and Defendant Sheetz, Inc. that was obtained during EEOC's administrative investigation of EEOC Charge Nos. 530-2016-02176 and 533-2018-01081 related to job applicants who were deemed to have failed Defendants Sheetz, Inc., Sheetz Distribution Services, LLC's, and CLI Transport, LP's criminal justice history screening (the "Data").

5. The Data's timeframe is March 2016 to January 2020.

Page 1 of 2

6.  Based on the Data, I have counted over 1,000 names of people who were categorized as having failed Defendants' criminal justice history screening and who are identified in the data as Black, American Indian/Alaska Native, or multiracial.

7.  Updated last known residence address information for these persons obtained from a commercially available database (Accurint) lists residence addresses for them in 30 states and the District of Columbia. Those states include Alabama, Arkansas, Arizona, California, Colorado, Delaware, Florida, Georgia, Iowa, Illinois, Kentucky, Massachusetts, Maryland, Michigan, Minnesota, Missouri, North Carolina, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Virginia, Vermont, Washington, Wisconsin, and West Virginia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Executed on *June 26, 2024*

*Martha Foster*
Martha Foster