# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 1:24-cv-01123-JRR |
| SHEETZ, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

## ORDER DENYING MOTION TO TRANSFER VENUE

This matter comes before the court on Defendants Sheetz, Inc.'s, Sheetz Distribution Services, LLC's, and CLI Transport, LP's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). (ECF No. 14).

It is hereby **ORDERED** that Defendants' Motion at ECF No. 14 shall be, and is hereby, **DENIED**.

Signed and entered this _____ day of _____, 2024

_____
HONORABLE JULIE R. RUBIN
United States District Judge