# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**SHEETZ, INC.,** *et al.*,<br><br>Defendants. | Civil Action No. 1:24-cv-01123-JRR<br><br>Hon. Julie R. Rubin |

## ORDER DENYING DEFENDANTS' PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

This matter comes before the Court on Defendants Sheetz, Inc.'s, Sheetz Distribution Services, LLC's, and CLI Transport, LP's Partial Motion to Dismiss for Failure to State a Claim, ECF No. 18.

It is hereby **ORDERED** that Defendants' Motion at ECF No. 18 shall be, and is hereby, **DENIED**.

Signed and entered this _____ day of _____, 2024

_____
HONORABLE JULIE R. RUBIN
United States District Judge