IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01123-JRR<br>Judge Julie R. Rubin |

**DEFENDANTS SHEETZ, INC. AND SHEETZ DISTRIBUTION SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE PURSUANT TO LOCAL RULE 103.3**

　　　Pursuant to Federal Rule 7.1 and Local Rule 26.1, I, Steven Kaplan, counsel of record for Defendants Sheetz, Inc. ("Sheetz") and Sheetz Distribution Services, LLC ("SDS"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Sheetz, Inc. which have any outstanding securities in the hands of the public: None.

　　　Sheetz, Inc. is a privately-held corporation. Sheetz is a wholly-owned subsidiary of Sheetz Holdings, Inc. Sheetz is the sole parent company of SDS, Maryland Sheetz, Inc., Sheetz Aviation, Inc., SKS, Inc. and other state-specific corporations and limited liability companies in the states where it operates.

　　　Pursuant to Local Rule 103.3(b), Sheetz and SDS identify Chubb as an entity with a potential financial interest in the outcome of the litigation as an insurer of Sheetz.

　　　The representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ Steven E. Kaplan*

Steven E. Kaplan (Md. Fed. Bar No. 16531)
skaplan@littler.com
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
Tel: 202.842.3400
Fax: 202.842.0011

Robert W. Cameron (PA Bar No. 69059)*
bcameron@littler.com
Katelyn W. McCombs (PA Bar No. 323746)*
kmccombs@littler.com
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
Tel: 412.201.7635 / 7641
Fax: 412.774.1948

*Counsel for Defendants*

* *Admitted Pro Hac Vice*

Dated:  July 1, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2024, a true and correct copy of the foregoing Defendants Sheetz, Inc. and Sheetz Distribution Services, LLC's Corporate Disclosure Statement was filed using the USDC District of Maryland's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Debra M. Lawrence, Esq.
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
debra.lawrence@eeoc.gov

Ronald L. Phillips, Esq.
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
ronald.phillips@eeoc.gov

Gregory A. Murray, Esq.
EEOC - Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
gregory.murray@eeoc.gov

Jenny Xia, Esq.
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
jenny.xia@eeoc.gov

/s/ Steven E. Kaplan
Steven E. Kaplan

4856-8161-1961.1 / 052063-1054