**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP,<br><br>        Defendants. | Case No. 1:24-cv-01123-JKB<br>Judge Julie R. Rubin |

## **NOTICE OF CHANGE OF ADDRESS**

Attorneys Robert W. Cameron and Katelyn W. McCombs file this Notice of Change of Address in the above-captioned case.  Please note that only the physical address has changed.  Emails, Telephone and Fax numbers have remained the same.  All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

        Law Firm:    Littler Mendelson, P.C.
        Address:     One PPG Place, Suite 2400
                          Pittsburgh, PA 15222

Dated:  August 27, 2024

Respectfully submitted,

*/s/ Katelyn W. McCombs*
Robert W. Cameron (PA Bar No. 69059)*
bcameron@littler.com
Katelyn W. McCombs (PA Bar No. 323746)*
kmccombs@littler.com
LITTLER MENDELSON, P.C.
One PPG Place, Suite 2400
Pittsburgh, PA  15222
Tel: 412.201.7635 / 7641
Fax: 412.774.1948

Steven E. Kaplan (MD Bar No. 16531)
skaplan@littler.com

LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
Tel: 202.842.3400
Fax: 202.842.0011

*Admitted Pro Hac Vice*
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August 2024, the foregoing Notice of Change of Address was filed using the USDC District of Maryland's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record.

Debra M. Lawrence, Esq.
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
debra.lawrence@eeoc.gov

Ronald L. Phillips, Esq.
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
ronald.phillips@eeoc.gov

Gregory A. Murray, Esq.
EEOC - Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
gregory.murray@eeoc.gov

*/s/ Katelyn W. McCombs*
Katelyn W. McCombs

4859-9248-5844.1 / 052063-1187