# U.S. District Court
# District of Maryland (Baltimore)
# CIVIL DOCKET FOR CASE #: 1:24–cv–01123–JRR

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission v. Sheetz, Inc. et al<br>Assigned to: Judge Julie Rebecca Rubin<br>Cause: 42:2000 Job Discrimination (Race) | Date Filed: 04/17/2024<br>Jury Demand: None<br>Nature of Suit: 442 Civil Rights: Jobs<br>Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

| | | |
|---|---|---|
| **U.S. Equal Employment Opportunity Commission** | represented by | **Debra Michele Lawrence**<br>U S Equal Employment Opportunity Commission<br>G. H. Fallon Federal Building<br>31 Hopkins Plaza, Suite 1432<br>Baltimore, MD 21201<br>14102092734<br>Fax: 4102092221<br>Email: debra.lawrence@eeoc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ronald L Phillips**<br>US Equal Employment Opportunity Commission<br>31 Hopkins Plaza Ste 1432<br>Baltimore, MD 21201<br>4108016714<br>Fax: 4109624270<br>Email: ronald.phillips@eeoc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory A. Murray**<br>Equal Employment Opportunity Commission<br>Pittsburgh Area Office<br>William S. Moorhead Federal Building<br>1000 Liberty Avenue<br>Ste 1112<br>Pittsburgh, PA 15222<br>412–588–6907<br>Fax: 412–395–5749<br>Email: gregory.murray@eeoc.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Jenny Xia**<br>Equal Employment Opportunity Commission<br>31 Hopkins Plaza, Ste. 1432<br>Baltimore, MD 21201<br>410–801–6687<br>Email: JENNY.XIA@EEOC.GOV<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Sheetz, Inc.** | represented by | **Steven E Kaplan**<br>Littler Mendelson PC<br>815 Connecticut Avenue<br>Suite 400<br>Washington, DC 20006<br>12028423400<br>Fax: 12028420011<br>Email: skaplan@littler.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katelyn W. McCombs**<br>Littler Mendelson, P.C.<br>One PPG Place<br>Suite 2400<br>Pittsburgh, PA 15222<br>412–201–7641<br>Email: kmccombs@littler.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert W. Cameron**<br>Littler Mendelson<br>One PPG Place<br>Suite 2400<br>Pittsburgh, PA 15222<br>412–201–7635<br>Fax: 412–456–2377<br>Email: bcameron@littler.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sheetz Distribution Services, LLC** | represented by | **Steven E Kaplan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katelyn W. McCombs**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert W. Cameron**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CLI Transport, LP** | represented by | **Steven E Kaplan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katelyn W. McCombs**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert W. Cameron**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2024 | 1 | COMPLAINT against All Defendants, filed by U.S. Equal Employment Opportunity Commission. (Attachments: # 1 Civil Cover Sheet)(Phillips, Ronald) (Entered: 04/17/2024) |
| 04/17/2024 | 2 | QC NOTICE: 1 Complaint filed by U.S. Equal Employment Opportunity Commission was filed incorrectly.<br>**The following attachments or exhibits are missing – Summons for Defendants. To correct this problem, file Summons using the event Notice (Other) and link Summons to 1.* (ols, Deputy Clerk) (Entered: 04/17/2024) |
| 04/17/2024 | 3 | NOTICE by U.S. Equal Employment Opportunity Commission re 1 Complaint *Sheetz, Inc. Summons* (Phillips, Ronald) (Entered: 04/17/2024) |
| 04/17/2024 | 4 | NOTICE by U.S. Equal Employment Opportunity Commission re 1 Complaint *CLI Transport, LP Summons* (Phillips, Ronald) (Entered: 04/17/2024) |
| 04/17/2024 | 5 | NOTICE by U.S. Equal Employment Opportunity Commission re 1 Complaint *Sheetz Distribution Services, LLC Summons* (Phillips, Ronald) (Entered: 04/17/2024) |
| 04/18/2024 | 6 | Summons Issued 21 days as to CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc. (ols, Deputy Clerk) (Entered: 04/18/2024) |
| 04/18/2024 | 7 | NOTICE of Appearance by Gregory A. Murray on behalf of U.S. Equal Employment Opportunity Commission (Murray, Gregory) (Entered: 04/18/2024) |
| 04/18/2024 | 8 | NOTICE of Appearance by Jenny Xia on behalf of U.S. Equal Employment Opportunity Commission (Xia, Jenny) (Entered: 04/18/2024) |
| 04/18/2024 | 9 | NOTICE of Appearance by Ronald L Phillips on behalf of U.S. Equal Employment Opportunity Commission (Phillips, Ronald) (Entered: 04/18/2024) |
| 04/22/2024 |  | Case Reassigned to Judge Julie Rebecca Rubin. Chief Judge James K. Bredar no longer assigned to the case. (kns, Deputy Clerk) (Entered: 04/22/2024) |
| 04/23/2024 | 10 | ORDER of Disclosure. Signed by Judge Julie Rebecca Rubin on 4/23/2024. (ols, Deputy Clerk) (Entered: 04/23/2024) |
| 04/25/2024 | 11 | WAIVER OF SERVICE Returned Executed by U.S. Equal Employment Opportunity Commission. |

| | | |
|---|---|---|
| | | Sheetz, Inc. waiver sent on 4/18/2024, answer due 6/17/2024.(Xia, Jenny) (Entered: 04/25/2024) |
| 04/25/2024 | 12 | WAIVER OF SERVICE Returned Executed by U.S. Equal Employment Opportunity Commission. CLI Transport, LP waiver sent on 4/18/2024, answer due 6/17/2024.(Xia, Jenny) (Entered: 04/25/2024) |
| 04/25/2024 | 13 | WAIVER OF SERVICE Returned Executed by U.S. Equal Employment Opportunity Commission. Sheetz Distribution Services, LLC waiver sent on 4/18/2024, answer due 6/17/2024.(Xia, Jenny) (Entered: 04/25/2024) |
| 06/12/2024 | 14 | MOTION to Transfer Case by CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc. (Attachments: # 1 Text of Proposed Order)(Kaplan, Steven) (Entered: 06/12/2024) |
| 06/12/2024 | 15 | Memorandum re 14 MOTION to Transfer Case filed by CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kaplan, Steven) (Entered: 06/12/2024) |
| 06/13/2024 | 16 | MOTION to Appear Pro Hac Vice for Katelyn W. McCombs (Filing fee $100, receipt number AMDDC−11316577.) by CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc.(Kaplan, Steven) (Entered: 06/13/2024) |
| 06/13/2024 | 17 | MOTION to Appear Pro Hac Vice for Robert W. Cameron (Filing fee $100, receipt number AMDDC−11316605.) by CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc.(Kaplan, Steven) (Entered: 06/13/2024) |
| 06/14/2024 | 18 | MOTION to Dismiss for Failure to State a Claim *Partial* by CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc. (Attachments: # 1 Text of Proposed Order)(Kaplan, Steven) (Entered: 06/14/2024) |
| 06/14/2024 | 19 | Memorandum re 18 MOTION to Dismiss for Failure to State a Claim *Partial* filed by CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kaplan, Steven) (Entered: 06/14/2024) |
| 06/17/2024 | 20 | QC NOTICE: 16 Motion to Appear Pro Hac Vice filed by Sheetz Distribution Services, LLC, CLI Transport, LP, Sheetz, Inc. needs to be modified. See attachment for details and corrective actions needed regarding the signature(s) on the motion. (mh4s, Deputy Clerk) (Entered: 06/17/2024) |
| 06/17/2024 | 21 | QC NOTICE: 17 Motion to Appear Pro Hac Vice filed by Sheetz Distribution Services, LLC, CLI Transport, LP, Sheetz, Inc. needs to be modified. See attachment for details and corrective actions needed regarding the signature(s) on the motion. (mh4s, Deputy Clerk) (Entered: 06/17/2024) |
| 06/20/2024 | 22 | CORRECTED MOTION to Appear Pro Hac Vice for Katelyn W. McCombs by CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc.. The fee has already been paid.(Kaplan, Steven) (Entered: 06/20/2024) |
| 06/20/2024 | 23 | CORRECTED MOTION to Appear Pro Hac Vice for Robert W. Cameron by CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc.. The fee has already been paid.(Kaplan, Steven) (Entered: 06/20/2024) |
| 06/21/2024 | 24 | PAPERLESS ORDER granting 22 Corrected Motion to Appear Pro Hac Vice on behalf of Katelyn W. McCombs. Directing attorney Katelyn W. McCombs to register for pro hac vice filing in the District of Maryland through PACER at https://pacer.uscourts.gov/ if attorney has not already done so. The *Pro Hac Vice* option must be selected when registering. Signed by Clerk on 6/21/2024. (mh4s, Deputy Clerk) (Entered: 06/21/2024) |
| 06/21/2024 | 25 | PAPERLESS ORDER granting 23 Corrected Motion to Appear Pro Hac Vice on behalf of Robert W. Cameron. Directing attorney Robert W. Cameron to register for pro hac vice filing in the District of Maryland through PACER at https://pacer.uscourts.gov/ if attorney has not already done |

| | | |
|---|---|---|
| | | so. The *Pro Hac Vice* option must be selected when registering. Signed by Clerk on 6/21/2024. (mh4s, Deputy Clerk) (Entered: 06/21/2024) |
| 06/26/2024 | 26 | RESPONSE in Opposition re 14 MOTION to Transfer Case filed by U.S. Equal Employment Opportunity Commission. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Xia, Jenny) (Entered: 06/26/2024) |
| 06/27/2024 | | Deficiency Notice for CLI Transport, LP, Sheetz Distribution Services, LLC and Sheetz, Inc. –– Your Local Rule 103.3 disclosure statement has not been filed. The Statement must be filed by 7/8/2024 (ols, Deputy Clerk) (Entered: 06/27/2024) |
| 06/27/2024 | 27 | QC NOTICE: 26 Response in Opposition to Motion filed by U.S. Equal Employment Opportunity Commission was filed incorrectly. *\*\*The following attachments or exhibits are missing – Proposed Order. To correct this problem, file Proposed Order using the event Notice (Other) and link Proposed Order to 26* . (ols, Deputy Clerk) (Entered: 06/27/2024) |
| 06/27/2024 | 28 | NOTICE by U.S. Equal Employment Opportunity Commission re 26 Response in Opposition to Motion (Xia, Jenny) (Entered: 06/27/2024) |
| 06/28/2024 | 29 | RESPONSE in Opposition re 18 MOTION to Dismiss for Failure to State a Claim *Partial* filed by U.S. Equal Employment Opportunity Commission. (Attachments: # 1 Exhibit Declaration of Gregory A. Murray, # 2 Text of Proposed Order Proposed Order)(Murray, Gregory) (Entered: 06/28/2024) |
| 07/01/2024 | 30 | Local Rule 103.3 Disclosure Statement by CLI Transport, LP (Kaplan, Steven) (Entered: 07/01/2024) |
| 07/01/2024 | 31 | –FILED IN ERROR– Local Rule 103.3 Disclosure Statement by Sheetz Distribution Services, LLC, Sheetz, Inc. identifying Corporate Parent Sheetz Holdings, Inc. for Sheetz Distribution Services, LLC, Sheetz, Inc..(Kaplan, Steven) Modified on 7/1/2024 (ols, Deputy Clerk). (Entered: 07/01/2024) |
| 07/01/2024 | 32 | QC NOTICE: 31 Local Rule 103.3 Disclosure Statement filed by Sheetz Distribution Services, LLC, Sheetz, Inc. was filed incorrectly. *\*\*All entities listed on the corporate disclosure statement, must be entered into the system as a corporate parent, other affiliate or as having a financial interest in the litigation. Please refile. It has been noted as FILED IN ERROR, and the document link has been disabled.* (ols, Deputy Clerk) (Entered: 07/01/2024) |
| 07/01/2024 | 33 | Local Rule 103.3 Disclosure Statement by Sheetz Distribution Services, LLC, Sheetz, Inc. identifying Corporate Parent Sheetz, Inc., Party with Financial Interest CHUBB Insurance Co. for Sheetz Distribution Services, LLC; Corporate Parent Sheetz Holdings, Inc., Other Affiliate Maryland Sheetz, Inc., Other Affiliate Sheetz Aviation, Inc., Other Affiliate SKS, Inc., Party with Financial Interest CHUBB Insurance Co. for Sheetz, Inc..(Kaplan, Steven) (Entered: 07/01/2024) |
| 07/10/2024 | 34 | REPLY to Response to Motion re 14 MOTION to Transfer Case filed by CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc..(Kaplan, Steven) (Entered: 07/10/2024) |
| 07/12/2024 | 35 | REPLY to Response to Motion re 18 MOTION to Dismiss for Failure to State a Claim *Partial* filed by CLI Transport, LP, Sheetz Distribution Services, LLC, Sheetz, Inc..(Kaplan, Steven) (Entered: 07/12/2024) |
| 08/27/2024 | 36 | NOTICE of Change of Address by Katelyn W. McCombs (McCombs, Katelyn) (Entered: 08/27/2024) |
| 10/04/2024 | 37 | MEMORANDUM OPINION. Signed by Judge Julie Rebecca Rubin on 10/4/2024. (bg3s, Deputy Clerk) (Entered: 10/04/2024) |

| 10/04/2024 | 38 | ORDER granting 14 Defendants' Motion to Transfer Venue; transferring this case to the Western District of Pennsylvania. Signed by Judge Julie Rebecca Rubin on 10/4/2024. (bg3s, Deputy Clerk) (Entered: 10/04/2024) |

Case 3:24-cv-00231-SLH   Document 39   Filed 10/04/24   Page 6 of 6

| 10/04/2024 | 38 | ORDER granting 14 Defendants' Motion to Transfer Venue; transferring this case to the Western District of Pennsylvania. Signed by Judge Julie Rebecca Rubin on 10/4/2024. (bg3s, Deputy Clerk) (Entered: 10/04/2024) |