AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| U.S. Equal Employment Opportunity Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:24-cv-00231 |
| Sheetz, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sheetz, Inc., Sheetz Distribution Services, LLC and CLI Transport, LP.

Date: 10/09/2024

/s/ Terrence H. Murphy
*Attorney's signature*

Terrence H. Murphy, PA ID No. 36356
*Printed name and bar number*

Littler Mendelson, P.C.
One PPG Place, Suite 2400
Pittsburgh, PA 15222

*Address*

tmurphy@littler.com
*E-mail address*

412.201.7621
*Telephone number*

412.291.3373
*FAX number*