IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP,<br><br>　　　　　　　　　　Defendants. | Case No. 3:24-cv-00231<br><br>Judge Stephanie L. Haines<br><br>*Electronically Filed* |

## PROPOSED ORDER

AND NOW, this the _____ day of _____, 2024, upon consideration of Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP's ("Defendants") Unopposed Motion for Leave to File an Amended Brief in Support of Defendants' Partial Motion to Dismiss for Failure to State a Claim, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' Motion is GRANTED. Defendants shall file their amended brief in support of their Motion to Dismiss no later than October 16, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Stephanie L. Haines
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

4887-9606-7566.2 / 052063-1187