IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP,<br><br>Defendants. | Case No. 3:24-cv-00231<br><br>Judge Stephanie L. Haines<br><br>*Electronically Filed* |

## ~~PROPOSED~~ ORDER

AND NOW, this the 11th day of October, 2024, upon consideration of Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP's ("Defendants") Unopposed Motion for Leave to File an Amended Brief in Support of Defendants' Partial Motion to Dismiss for Failure to State a Claim, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' Motion is GRANTED. Defendants shall file their amended brief in support of their Motion to Dismiss no later than October 16, 2024.

/s/ Stephanie L. Haines<br>
Hon. Stephanie L. Haines<br>
United States District Judge

4887-9606-7566.2 / 052063-1187