IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,<br><br>Defendants. | Civil Action No. 3:24-cv-00231-SLH<br>Honorable Stephanie L. Haines |

### MOTION FOR ADMISSION *PRO HAC VICE* OF RONALD L. PHILLIPS

Ronald L. Phillips, undersigned counsel for Plaintiff U.S. Equal Employment Opportunity Commission, hereby moves that Ronald L. Phillips be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff U.S. Equal Employment Opportunity Commission pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Ronald L. Phillips filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 10/21/2024

/s/ *Ronald L. Phillips*
RONALD L. PHILLIPS
ASSISTANT REGIONAL ATTORNEY
Ohio I.D. # 0070263
EEOC – Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland 21201
Phone: (410) 801-6714

Fax: (443) 992-7880
E-mail: ronald.phillips@eeoc.gov

*Counsel for Plaintiff U.S. Equal
Employment Opportunity Commission*