IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,<br><br>Defendants. | Civil Action No. 3:24-cv-00231-SLH |

**DECLARATION OF RONALD L. PHILLIPS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Ronald L. Phillips, make this Declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff U.S. Equal Employment Opportunity Commission pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Ronald L. Phillips, hereby declare as follows:

1. I am an Assistant Regional Attorney employed by the U.S. Equal Employment Opportunity Commission.

2. My business address is U.S. Equal Employment Opportunity Commission – Baltimore Field Office, George H. Fallon Federal Building, 31 Hopkins Plaza, Suite 1432 Baltimore, Maryland 21201.

3. I am a member in good standing of the bar of the Supreme Court of Ohio.

4. My bar identification number is Ohio I.D. # 0070263.

5.  A certificate of good standing from the Supreme Court of Ohio is attached to this Declaration as Exhibit A.

6.  I have not been the subject of any disciplinary proceedings concerning the practice of law.

7.  I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.  I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.  Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed on: 10/21/2024

RONALD L. PHILLIPS
ASSISTANT REGIONAL ATTORNEY
Ohio I.D. # 0070263
EEOC – Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland 21201
Phone: (410) 801-6714
Fax: (443) 992-7880
ronald.phillips@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*

# Exhibit A

 # THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Ronald Lynn Phillips**
Attorney Registration No. **0070263**

was admitted to the practice of law in Ohio on November 9, 1998; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 21st day of October, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

Shannon Scheid, *Administrative Assistant*
*Office of Attorney Services*


No. 2024-10-21-1
Verify by email at GoodStandingRequests@sc.ohio.gov