IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:24-cv-00231-SLH |
| SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP, | ) ) ) ) | Honorable Stephanie L. Haines |
| Defendants. | ) ) ) | |

**ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF RONALD L. PHILLIPS**

On this day came on to be considered the Motion for Admission *Pro Hac Vice* of Ronald L. Phillips, counsel for Plaintiff U.S. Equal Employment Opportunity Commission.

The Court finds the Motion should be, and it is hereby, GRANTED.

Signed and entered this _____ day of _____, 2024.

_____
HONORABLE STEPHANIE L. HAINES
United States District Judge