IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP, <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br> Honorable Stephanie L. Haines |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF RONALD L. PHILLIPS

On this day came on to be considered the Motion for Admission *Pro Hac Vice* of Ronald L. Phillips, counsel for Plaintiff U.S. Equal Employment Opportunity Commission.

The Court finds the Motion should be, and it is hereby, GRANTED.

Signed and entered this 23rd day of October, 2024.

_____
HONORABLE STEPHANIE L. HAINES
United States District Judge