IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br>           Plaintiff, <br><br> vs. <br><br> SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, and CLI TRANPORT LP, <br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Case No. 3:24-cv-231 |

HEARING ON:   Telephone Status Conference

Before Judge:   Stephanie L. Haines

| | |
|---|---|
| Ronald L. Phillips, Esq. <br> Gregory A. Murray, Esq. <br> Appeared for Plaintiff | Katelyn W. McCombs Esq. <br> Robert W. Cameron, Esq. <br> Terrence H. Murphy, Esq. <br> Appeared for Defendants |

Hearing began: 10/24/24 @ 10:00 a.m.     Hearing concluded:   10:15 a.m.

Law Clerk:  Caren Grau     Stenographer: Jane Proud

Court convened for a Status Conference by telephone at 10:00 AM. The Parties presented their positions on the case. The Court explained local procedural rules for the Western District of Pennsylvania which includes early mediation. There is a current pending motion to dismiss, and ADR should take place after its resolution. Discovery should be ongoing. The Court explained chambers' procedure for discovery disputes. The Court will enter an order requiring the Parties meet and confer and enter a proposed initial scheduling order and a stipulation for ADR within 14 days of this order. Court adjourned.