IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP,<br><br>Defendants. | Civil Action No. 3:24-cv-00231<br>Judge Stephanie L. Haines |

## CASE MANAGEMENT ORDER

**AND NOW,** this 25th day of October, 2024, after having met for a telephonic status conference the Court order the following:

The parties are to discuss narrowing of the issues, the extent of pretrial preparation, discovery procedures, the early disposition of controlling questions of law, the probable extent of provable damages, the possibility of settlement, and the designation of an Alternative Dispute Resolution process pursuant to the form attached as **Exhibit "A".**

Pursuant to Rule 26(f) and notwithstanding the pendency of any outstanding motion, the parties MUST, as soon as practicable, confer to "consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule 26 (a)(l); and develop a proposed discovery plan."

The Local Rules require two phases of pretrial scheduling: first, an Initial Rule 16 Case Management Conference and then a Post-Discovery Status Conference. This case having been removed from the District of Maryland at an advanced stage of litigation, this Court will dispose of the Initial Case Management Conference but will still require the pleadings associated with that

1

conference. Counsel are jointly responsible for filing a <u>completed</u> Proposed Initial Scheduling Order. A blank Initial Scheduling Order is **attached hereto as Exhibit "B".**[1] **Counsel should be familiar with the Local Rules of Court for the Western District of Pennsylvania.**[2] **For the time being, counsel should also be familiar with this Court's Interim Standing Order.**[3]

The Stipulation Selecting ADR Process **(attached hereto as Exhibit "A")** and the Proposed Initial Scheduling Order **(attached hereto as Exhibit "B"),** shall be filed by November 7, 2024. The parties may decide who will prepare and file these documents; however, the Court will hold all parties responsible for ensuring that the Stipulation and Proposed Initial Scheduling Order are filed in the correct form and in a timely manner. **THE PARTIES ARE HEREBY NOTIFIED THAT ANY IDENTIFIED NEUTRAL (COURT APPROVED OR PRIVATE) IS REQUIRED TO BECOME A REGISTERED USER OF THE ELECTRONIC CASE FILING SYSTEM IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA. COUNSEL SHALL SO NOTIFY THEIR AGREED UPON NEUTRAL AND REFER THEM TO THE COURT'S WEBSITE AT WWW.PAWD.USCOURTS.GOV FOR USER REGISTRATION FORMS.**

BY THE COURT:

_____
Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record

---

[1] A Word version can be downloaded at https://www.pawd.uscourts.gov/sites/pawd/files/Haines_%20Scheduling_Order_3_8_22.docx .
[2] Available at https://www.pawd.uscourts.gov/sites/pawd/files/lrmanual20181101.pdf .
[3] Available at https://www.pawd.uscourts.gov/sites/pawd/files/Haines_Standing_Order.pdf