IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP, <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Hon. Stephanie L. Haines |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED INITIAL SCHEDULING ORDER AND STIPULATION SELECTING ADR PROCESS**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and ¶¶ D. and E. of the Court's Interim Standing Order, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"); Defendant Sheetz, Inc.; Defendant Sheetz Distribution Services, LLC; and Defendant CLI Transport, LP (collectively, "the Parties"), by and through their undersigned counsel, jointly move the Court for an extension of the deadline for the Parties to file the proposed initial scheduling order and stipulation selecting ADR process in this case. In support thereof, the Parties state as follows:

1. The Parties respectfully request an eight-day extension of the deadline for the Parties to file the proposed initial scheduling order and stipulation selecting ADR process in this case.

2. There have been no previous extensions of the Court's Case Management Order in this case.

3. In accordance with the Court's Case Management Order, the current deadline for the Parties to file the proposed initial scheduling order and stipulation selecting ADR process is November 7, 2024. ECF No. 50 at 2.

4.      Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order may be modified only for good cause and with the Court's consent.

5.      Good cause exists to modify the Court's Case Management Order. Counsel for the Parties have met and conferred under Federal Rule of Civil Procedure 26(f) twice thus far—on October 31, 2024, and November 5, 2024—to discuss the framework for discovery and trial in this case, proposed initial scheduling order deadlines, the identity of a neutral for early alternative dispute resolution ("ADR"), and the timing and logistics of early ADR. Those discussions have been highly productive, and the Parties have made substantial progress toward agreeing upon a proposed framework and schedule for discovery, trial, and early ADR in this case, but several outstanding issues remain and will require further conferral. In particular, the Parties intend to submit to the Court a proposed initial scheduling order that sets forth a comprehensive plan for orderly, efficient management of this complex litigation, along with a brief explanation of the bases for their proposal. The Parties are also giving careful consideration to their selection of a mediator given the needs of the present case, and they are now focusing their efforts on a short-list of several candidates but will need a few more days to make a final selection and submit their ADR stipulation. The Parties are requesting a brief extension to prepare these submissions for the Court.

6.      Accordingly, Parties respectfully request a brief, eight-day extension (five business days, not inclusive of the Veterans' Day federal holiday) to file the proposed initial scheduling order and stipulation selecting ADR process in this case until Friday, November 15, 2024.

7.      A proposed order extending the deadline for the Parties to file the proposed initial scheduling order and stipulation selecting ADR process in this case is filed concurrently with this motion.

Date: November 6, 2024                    Respectfully submitted,

/s/ Ronald L. Phillips                    /s/ Katelyn W. McCombs
Ronald L. Phillips                        Robert W. Cameron (PA Bar No. 69059)
Assistant Regional Attorney               bcameron@littler.com
OH Bar No. 0070263                        Terrence H. Murphy (PA Bar No. 36356)
EEOC - Baltimore Field Office             tmurphy@littler.com
GH Fallon Federal Building                Katelyn W. McCombs (PA Bar No. 323746)
31 Hopkins Plaza, Suite 1432              kmccombs@littler.com
Baltimore, MD 21201                       LITTLER MENDELSON, P.C.
Phone: 410-801-6714                       One PPG Place, Suite 2400
Fax: 410-962-4270                         Pittsburgh, PA 15222
Email: ronald.phillips@eeoc.gov           Tel: 412.201.7635 / 7621 / 7641
                                          Fax: 412.774.1948

/s/ Gregory A. Murray
Gregory A. Murray
Senior Trial Attorney
PA Bar No. 316144
EEOC - Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
Phone: (412) 588-6907
Fax: (412) 395-5749
email: gregory.murray@eeoc.gov