**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP**, <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Hon. Stephanie L. Haines |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED INITIAL SCHEDULING ORDER AND STIPULATION SELECTING ADR PROCESS**

Upon consideration of Plaintiff U.S. Equal Employment Opportunity Commission's; Defendant Sheetz, Inc.'s; Defendant Sheetz Distribution Services, LLC's; and Defendant CLI Transport, LP's (collectively, "the Parties") Joint Motion for Extension of Time to File Proposed Initial Scheduling Order and Stipulation Selecting ADR Process, and the Parties having demonstrated good cause for the Motion, it is hereby ORDERED that the Parties' Motion be, and it is hereby, GRANTED.

It is ORDERED that the Parties shall file the proposed initial scheduling order and stipulation selecting ADR process in this case no later than November 15, 2024.

SIGNED and ENTERED this _____ day of _____, 2024.

                                                                                          HONORABLE STEPHANIE L. HAINES
                                                                                               United States District Judge