IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,<br><br>Defendants. | Civil Action No. 3:24-cv-00231-SLH<br><br>Hon. Stephanie L. Haines |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED INITIAL SCHEDULING ORDER AND STIPULATION SELECTING ADR PROCESS

Upon consideration of Plaintiff U.S. Equal Employment Opportunity Commission's; Defendant Sheetz, Inc.'s; Defendant Sheetz Distribution Services, LLC's; and Defendant CLI Transport, LP's (collectively, "the Parties") Joint Motion for Extension of Time to File Proposed Initial Scheduling Order and Stipulation Selecting ADR Process, and the Parties having demonstrated good cause for the Motion, it is hereby ORDERED that the Parties' Motion be, and it is hereby, GRANTED.

It is ORDERED that the Parties shall file the proposed initial scheduling order and stipulation selecting ADR process in this case no later than November 15, 2024.

SIGNED and ENTERED this 7th day of November, 2024.

_____
HONORABLE STEPHANIE L. HAINES
United States District Judge