UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) |
| | ) |
| | ) |
| v.     Plaintiff(s), | )     Civil Action No. 3:24-cv-00231 _____ |
| | ) |
| SHEETZ, INC., et al. | ) |
| | ) |
| Defendant(s). | ) |

**STIPULATION SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**
Select one of the following processes:

　　　　X　　　 Mediation
　　　　　　　 Early Neutral Evaluation (ENE)
　　　　　　　 Court sponsored Binding[1] Arbitration
　　　　　　　 Court sponsored Non-binding Arbitration
　　　　　　　 Other (please identify process and provider) ＿＿＿＿＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II. COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

　　50　　　% by Plaintiff(s)
　　50　　　% by Defendant(s)
　　　　　　% by Third Party Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

---

[1]For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## III.  NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Linda R. Singer, Esq |
| Address of Neutral: | 1155 F Street, NW, Suite 1150, Washington, DC 20004 |
| Telephone & FAX Numbers: | 202-942-9180 |
| Email address of Neutral: | Case manager - nhutchinson@jamsadr.com |
| **Date of ADR Session:** | Mediator Singer's calendar for March to June 2025 is not yet available, but the parties anticipate scheduling mediation by May 2025. |

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV.  PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7  (Attendance at Session)** of the Court's ADR Policies and Procedures:

Gregory A. Murray, Senior Trial Attorney; Jenny Xia, Trial Attorney
_____
Attorney for Plaintiff(s)

U.S. Equal Employment Opportunity Commission
_____
Plaintiff(s)

Ronald L. Phillips
_____

Assistant Regional Attorney
_____
Corporate Representative
(Name and Title)

Katelyn W. McCombs, Terrence H. Murphy, Robert W. Cameron
_____
Attorney for Defendant(s)

Sheetz, Inc., Sheetz Distribution Services, LLC, CLI Transport, LP
_____
Defendant(s)

Anna Caporuscio
_____

Director of Legal Services
_____
Corporate Representative
(Name and Title)

_____
Attorney for Third Party Defendant(s)

_____
Third Party Defendant(s)

_____

_____
Corporate Representative
(Name and Title)

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V.  ACKNOWLEDGMENT

   We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: 11/15/24    /s/Gregory A. Murray
          Attorney for Plaintiff(s)

Dated: 11/15/24    /s/Katelyn W. McCombs
          Attorney for Defendant(s)

                  Rev. 4/2017