# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br>    Plaintiff, <br><br>    v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP**, <br><br>    Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Hon. Stephanie L. Haines |

## JOINT MOTION TO CONDUCT PHASED TRIAL AND DISCOVERY

Pursuant to Federal Rule of Civil Procedure 42(b), Plaintiff U.S. Equal Employment Opportunity Commission; Defendant Sheetz, Inc.; Defendant Sheetz Distribution Services, LLC; and Defendant CLI Transport, LP (collectively, "the Parties"), by and through their undersigned counsel, jointly move the Court to conduct phased trial and discovery in this action and to set a schedule in accordance with the proposed scheduling order submitted herewith. For the reasons set forth in the Parties' accompanying joint memorandum in support of this motion, phasing trial and discovery into discrete phases as set forth in the proposed scheduling order will provide logical opportunities for expedition of the litigation; economies of judicial and party resources; and more streamlined, more convenient, and less expensive management of this action. Accordingly, the Parties respectfully request that the Court grant their Joint Motion to Conduct Phased Trial and Discovery.

Respectfully submitted,

| | |
|---|---|
| /s/ Ronald L. Phillips | /s/ Katelyn W. McCombs |
| Ronald L. Phillips | Robert W. Cameron (PA Bar No. 69059) |
| Assistant Regional Attorney | bcameron@littler.com |
| OH Bar No. 0070263 | Terrence H. Murphy (PA Bar No. 36356) |
| EEOC - Baltimore Field Office | tmurphy@littler.com |
| GH Fallon Federal Building | Katelyn W. McCombs (PA Bar No. 323746) |
| 31 Hopkins Plaza, Suite 1432 | kmccombs@littler.com |
| Baltimore, MD 21201 | LITTLER MENDELSON, P.C. |
| Phone: 410-801-6714 | One PPG Place, Suite 2400 |
| Fax: 410-962-4270 | Pittsburgh, PA  15222 |
| Email: ronald.phillips@eeoc.gov | Tel: 412.201.7635 / 7621 / 7641 |
| | Fax: 412.774.1948 |
| /s/ Gregory A. Murray | |
| Gregory A. Murray | *Counsel for Defendants* |
| Senior Trial Attorney | |
| PA Bar No. 316144 | |
| EEOC - Pittsburgh Area Office | |
| William S. Moorhead Federal Building | |
| 1000 Liberty Avenue, Suite 1112 | |
| Pittsburgh, PA 15222 | |
| Phone: (412) 588-6907 | |
| Fax: (412) 395-5749 | |
| email: gregory.murray@eeoc.gov | |

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*