IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,<br><br>Defendants. | Civil Action No. 3:24-cv-00231-SLH<br><br>Hon. Stephanie L. Haines |

## [PROPOSED] ORDER

Plaintiff U.S. Equal Employment Opportunity Commission's Motion for Leave to Withdraw attorney Jenny Xia, is hereby GRANTED; and it is further ORDERED that Jenny Xia is terminated as an attorney of record for Plaintiff U.S. Equal Employment Opportunity Commission in the above-referenced case.

Signed and entered this 10th day of February, 2025

_____
HONORABLE STEPHANIE L. HAINES
United States District Judge