IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>SHEETZ, INC., *et al.*,<br><br>        Defendants. | Civil Action No. 3:24-231<br>Judge Stephanie L. Haines |

### ORDER OF COURT

AND NOW, this 14th day of March, 2025, for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that Defendants' Partial Motion to Dismiss (ECF No. 18) is DENIED.

                                                                     Stephanie L. Haines
                                                                   United States District Judge