IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP**, <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Hon. Stephanie L. Haines |

**MOTION TO WITHDRAW APPEARANCE PURSUANT TO LOCAL RULE 83.2.C.4**

Pursuant to Local Rule 83.2C.4, the undersigned attorney respectfully requests the Court to withdraw the appearance of Megan M. Block as counsel for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") in the above-styled and numbered action. Ms. Block has accepted another position and will no longer be employed by EEOC as of April 25, 2025. Assistant Regional Attorney Ronald L. Phillips and Senior Trial Attorney Gregory A. Murray have previously appeared and will continue to serve as EEOC counsel of record in this action.

    Respectfully submitted,

    /s/ *Megan M. Block*
    Megan M. Block
    Senior Trial Attorney
    PA Bar No. 319263
    EEOC – Pittsburgh Area Office
    William S. Moorhead Federal Building
    1000 Liberty Avenue, Suite 1112
    Pittsburgh, PA 15222
    Phone: (412) 588-6934
    Fax: (412) 395-5749
    Email: megan.block@eeoc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP**,<br><br>Defendants. | Civil Action No. 3:24-cv-00231-SLH<br><br>Hon. Stephanie L. Haines |

### CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, a true and correct copy of the foregoing Motion to Withdraw Appearance Pursuant to Local Rule 83.2.C.4. was served via the Court's CM/ECF system on the following attorneys of record:

Robert W. Cameron, Esq.
Littler Mendelson P.C.
One PPG Pl., Ste. 2400
Pittsburgh, PA 15222
Phone: 412-201-7635
Fax: 412-456-2377
Email: bcameron@littler.com

Terrence H. Murphy, Esq.
Littler Mendelson P.C.
One PPG Pl., Ste. 2400
Pittsburgh, PA 15222
Phone: 412-201-7600
Fax: 412-456-2377
Email: tmurphy@littler.com

Katelyn W. McCombs, Esq.
Littler Mendelson P.C.
One PPG Pl., Ste. 2400
Pittsburgh, PA 15222
Phone: 412-201-7641

Fax: 412-456-2377
Email: kmccombs@littler.com

Kimberly J. Duplechain, Esq.
Littler Mendelson P.C.
815 Connecticut Ave. NW, Ste. 400
Washington, DC 20006
Phone: 202-789-3417
Fax: 202-842-0011
Email: kduplechain@littler.com

*Counsel for Defendants Sheetz, Inc.; Sheetz Distribution Services, LLC; and CLI Transport, LP*

Respectfully submitted,

/s/ *Megan M. Block*
Megan M. Block
Senior Trial Attorney
PA Bar No. 319263
EEOC – Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
Phone: (412) 588-6934
Fax: (412) 395-5749
Email: megan.block@eeoc.gov

3