IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP**, <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Hon. Stephanie L. Haines |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

This day came on to be considered the Motion to Withdraw Appearance Pursuant to Local Rule 83.2.C.4. in the above-styled and numbered action.

It is ORDERED that this Motion be, and it is hereby, GRANTED.

Signed and entered this _____ day of _____, 2024.

_____
HONORABLE STEPHANIE L. HAINES
United States District Judge