IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,**<br><br>　　　　　Defendants. | Civil Action No. 3:24-cv-00231-SLH<br><br>Judge: Stephanie L. Haines |

**AFFIDAVIT OF EMMA R. JANGER IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

　　I, Emma R. Janger, make this Affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Proposed Plaintiff-Intervenor Kenni Miller pursuant to Local Civil Rules of Court 83.2 and 83.3, and the Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

　　I, Emma R. Janger, hereby declare as follows:

　　1.　　I am an associate with the firm of Outten & Golden LLP.

　　2.　　My business address is Outten & Golden LLP, 685 Third Avenue, 25th Floor, New York, New York 10017.

　　3.　　I am a member in good standing of the New York State Bar. My bar identification number is 5893607.

　　4.　　A certificate of good standing from the New York State Bar is attached to this Affidavit as Exhibit A.

5. I have not been the subject of any disciplinary proceedings concerning the practice of law.

6. I attest that I am a registered user of CM/ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: June 5, 2025

Respectfully submitted,

By: /s/ Emma Janger
Emma R. Janger (SBN 5893607)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2005
Email: EJanger@outtengolden.com

*Attorney for Proposed Plaintiff-Intervenor and the Proposed Class*

2