IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br>           Plaintiff, <br><br> **KENNI MILLER,** <br><br>           Proposed Plaintiff-Intervenor <br><br>      v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,** <br><br>           Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Judge: Stephanie L. Haines |

## NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that upon Plaintiff-Intervenor's Memorandum of Law in Support of his Motion to Intervene and the accompanying Declaration of Christopher M. McNerney and the respective exhibits attached thereto, Plaintiff-Intervenor by and through undersigned counsel, will move this Court for an Order granting Plaintiff-Intervenor's Motion to Intervene pursuant to Fed. R. Civ. P. 24(a)(1), Fed. R. Civ. P. 24(a)(2), or Fed. R. Civ. P. 24(b) and allowing Plaintiff-Intervenor to file a Class Action Complaint in Intervention. Plaintiff U.S. Equal Employment Opportunity Commission consents to the filing of this Motion. Defendants Sheets, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP do not consent to the filing of this Motion.

Dated:  June 5, 2025

Respectfully submitted,

By:  /s/ Christopher M. McNerney
Christopher M. McNerney* (NY 5140215)
Emma R. Janger* (NY 5893607)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2005
Email: cmcnerney@outtengolden.com
Email: ejanger@outtengolden.com

Pooja Shethji* (DC 1632574)
**OUTTEN & GOLDEN LLP**
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: pshethji@outtengolden.com

Mary M. McKenzie* (PA No. 47434)
Benjamin D. Geffen* (PA No. 310134)
Meghan Binford* (PA No. 321212)
**PUBLIC INTEREST LAW CENTER**
1500 JFK Blvd., Suite 802
Philadelphia PA 19102
Telephone: (267) 546-1308
Facsimile: (215) 627-3183
Email: mmckenzie@pubintlaw.org
Email: bgeffen@pubintlaw.org
Email: mbinford@pubintlaw.org

Jon Pushinsky (PA No. 30434)
**Law Office of Jon Pushinsky**
1408 Law and Finance Building
429 Fourth Avenue
Pittsburgh, PA, 15219
Telephone: (412) 281-6800
Facsimile: (412) 281-6808
Email: Jonpush@aol.com

*Pro Hac Vice Pending*

*Attorneys for Proposed Plaintiff-Intervenor and the Proposed Class*