**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP**, <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Hon. Stephanie L. Haines |

**ORDER GRANTING PLAINTIFF EEOC'S MOTION TO DISMISS EEOC'S CLAIMS**

On this day came on to be considered Plaintiff EEOC's Motion to Dismiss EEOC's Claims in the above-styled and numbered action.

The Court finds that the Motion should be, and it is hereby, GRANTED.

It is hereby ORDERED that the present action shall remain pending for a period of sixty (60) days after June 6, 2025, which is the date of the filing of EEOC's Motion, to afford any persons claiming to be aggrieved by the employment practices that are the subject of the Title VII claims at issue in this matter an opportunity to file a motion to intervene regarding those Title VII claims. On or after August 5, 2025, the Court will enter an Order dismissing EEOC's complaint.

It is further ORDERED that each current party to this action shall bear its own attorneys' fees and costs with respect to the dismissed EEOC complaint.

Signed and entered this _____ day of _____, 2025.

_____
HONORABLE STEPHANIE L. HAINES
United States District Judge