IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP, <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Hon. Stephanie L. Haines |

**MOTION TO WITHDRAW APPEARANCE OF RONALD L. PHILLIPS
AS COUNSEL FOR EEOC PURSUANT TO LOCAL RULE 83.2.C.4**

Pursuant to Local Civil Rule of Court 83.2.C.4, the undersigned attorney respectfully requests the Court to withdraw the appearance of Ronald L. Phillips as counsel for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") in the above-styled and numbered action.

EEOC has determined that Mr. Phillips will no longer serve as counsel for EEOC in this action. Concurrent with the filing of the present motion, EEOC has filed a motion to dismiss its complaint in this action. EEOC Regional Attorney Debra M. Lawrence has been admitted to practice in this Court *pro hac vice* for purposes of the present action and will continue to serve as EEOC counsel of record.

    Respectfully submitted,

    /s/ Ronald L. Phillips
    Ronald L. Phillips
    Assistant Regional Attorney
    OH Bar No. 0070263
    U.S. Equal Employment Opportunity Commission
    Baltimore Field Office
    GH Fallon Federal Building
    31 Hopkins Plaza, Suite 1432

Baltimore, MD 21201
Phone: 410-801-6714
Fax: 410-962-4270
Email: ronald.phillips@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*

Case 3:24-cv-00231-SLH    Document 89    Filed 06/06/25    Page 2 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP**, <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Hon. Stephanie L. Haines |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2025, a true and correct copy of the foregoing Motion to Withdraw Appearance of Ronald L. Phillips as Counsel for EEOC Pursuant to Local Rule 83.2.C.4 was served via the Court's CM/ECF system on the following attorneys of record:

Robert W. Cameron, Esq.
Littler Mendelson P.C.
One PPG Pl., Ste. 2400
Pittsburgh, PA 15222
Phone: 412-201-7635
Fax: 412-456-2377
Email: bcameron@littler.com

Terrence H. Murphy, Esq.
Littler Mendelson P.C.
One PPG Pl., Ste. 2400
Pittsburgh, PA 15222
Phone: 412-201-7600
Fax: 412-456-2377
Email: tmurphy@littler.com

Katelyn W. McCombs, Esq.
Littler Mendelson P.C.
One PPG Pl., Ste. 2400
Pittsburgh, PA 15222
Phone: 412-201-7641

Fax: 412-456-2377
Email: kmccombs@littler.com

Kimberly J. Duplechain, Esq.
Littler Mendelson P.C.
815 Connecticut Ave. NW, Ste. 400
Washington, DC 20006
Phone: 202-789-3417
Fax: 202-842-0011
Email: kduplechain@littler.com

*Counsel for Defendants Sheetz, Inc.; Sheetz Distribution Services, LLC; and CLI Transport, LP*

/s/ Ronald L. Phillips
Ronald L. Phillips
Assistant Regional Attorney
OH Bar No. 0070263
U.S. Equal Employment Opportunity Commission
Baltimore Field Office
GH Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Phone: 410-801-6714
Fax: 410-962-4270
Email: ronald.phillips@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*