IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP, <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Hon. Stephanie L. Haines |

### MOTION TO WITHDRAW APPEARANCE OF GREGORY A. MURRAY AS COUNSEL FOR EEOC PURSUANT TO LOCAL RULE 83.2.C.4

Pursuant to Local Civil Rule of Court 83.2.C.4, the undersigned attorney respectfully requests the Court to withdraw the appearance of Gregory A. Murray as counsel for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") in the above-styled and numbered action.

EEOC has determined that Mr. Murray will no longer serve as counsel for EEOC in this action. Concurrent with the filing of the present motion, EEOC has filed a motion to dismiss its complaint in this action. EEOC Regional Attorney Debra M. Lawrence has been admitted to practice in this Court *pro hac vice* for purposes of the present action and will continue to serve as EEOC counsel of record.

Respectfully submitted,

/s/ Gregory A. Murray
Gregory A. Murray
Senior Trial Attorney
PA Bar No. 316144
U.S. Equal Employment Opportunity Commission
Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112

Pittsburgh, PA 15222
Phone: (412) 588-6907
Fax: (412) 395-5749
Email: gregory.murray@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP**, <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Hon. Stephanie L. Haines |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, a true and correct copy of the foregoing Motion to Withdraw Appearance of Gregory A. Murray as Counsel for EEOC Pursuant to Local Rule 83.2.C.4 was served via the Court's CM/ECF system on the following attorneys of record:

Robert W. Cameron, Esq.
Littler Mendelson P.C.
One PPG Pl., Ste. 2400
Pittsburgh, PA 15222
Phone: 412-201-7635
Fax: 412-456-2377
Email: bcameron@littler.com

Terrence H. Murphy, Esq.
Littler Mendelson P.C.
One PPG Pl., Ste. 2400
Pittsburgh, PA 15222
Phone: 412-201-7600
Fax: 412-456-2377
Email: tmurphy@littler.com

Katelyn W. McCombs, Esq.
Littler Mendelson P.C.
One PPG Pl., Ste. 2400
Pittsburgh, PA 15222
Phone: 412-201-7641

Fax: 412-456-2377
Email: kmccombs@littler.com

Kimberly J. Duplechain, Esq.
Littler Mendelson P.C.
815 Connecticut Ave. NW, Ste. 400
Washington, DC 20006
Phone: 202-789-3417
Fax: 202-842-0011
Email: kduplechain@littler.com

*Counsel for Defendants Sheetz, Inc.; Sheetz Distribution Services, LLC; and CLI Transport, LP*

/s/ Gregory A. Murray
Gregory A. Murray
Senior Trial Attorney
PA Bar No. 316144
U.S. Equal Employment Opportunity Commission
Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
Phone: (412) 588-6907
Fax: (412) 395-5749
Email: gregory.murray@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment Opportunity Commission*