IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | Case No. 3:24-cv-00231 |
| KENNI MILLER, | Judge Stephanie L. Haines |
| Proposed Plaintiff-Intervenor, | *Electronically Filed* |
| v. | |
| SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP, | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD W. BLACK

Richard W. Black, undersigned counsel for Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP (collectively, "Defendants"), hereby moves that Richard W. Black be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Richard W. Black filed herewith as Exhibit "A," which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: July 8, 2025 Respectfully submitted,

/s/ Richard W. Black
Richard W. Black (GA Bar No. 355846)
rblack@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road NE
Suite 1200, Monarch Tower
Atlanta, GA 30326
Tel: 404.443.3515
Fax: 404.233.2361

*Counsel for Defendants*
*Sheetz, Inc., Sheetz Distribution Services, LLC and*
*CLI Transport, L.P.*

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of July 2025, the foregoing Motion for Admission *Pro Hac Vice* of Richard W. Black was filed using the USDC District of the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record.

Christopher M. McNerney
Emma R. Janger
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
cmcnerney@outtengolden.com
ejanger@outtengolden.com

Pooja Shethji
OUTTEN & GOLDEN LLP
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
pshethji@outtengolden.com

Mary M. McKenzie
Benjamin D. Geffen
Meghan Binford
PUBLIC INTEREST LAW CENTER
1500 JFK Blvd., Suite 802
Philadelphia PA 19102
mmckenzie@pubintlaw.org
bgeffen@pubintlaw.org
mbinford@pubintlaw.org

Jon Pushinsky
Law Office of Jon Pushinsky
1408 Law and Finance Building
429 Fourth Avenue
Pittsburgh, PA, 15219
Jonpush@aol.com

*Attorneys for Proposed Plaintiff-Intervenor
and the Proposed Class*

Debra M. Lawrence, Esq.
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
debra.lawrence@eeoc.gov

Megan M. Block, Esq.
EEOC - Pittsburgh Area Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
megan.block@eeoc.gov

*Attorneys for Plaintiff*

        */s/ Richard W. Black*
        Richard W. Black