# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>KENNI MILLER,<br><br>    Proposed Plaintiff-Intervenor,<br><br>    v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP,<br><br>    Defendants. | Case No. 3:24-cv-00231<br><br>Judge Stephanie L. Haines<br><br>*Electronically Filed* |

### AFFIDAVIT OF RICHARD W. BLACK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Richard W. Black, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP (collectively, "Defendants"), in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Richard W. Black, being duly sworn, do hereby depose and say as follows:

1.    I am a shareholder of the law firm Littler Mendelson, P.C.

2.    My business address is 3424 Peachtree Road NE, Suite 1200, Monarch Tower, Atlanta, GA 30326.

3.    I am a member in good standing of the bar of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Georgia Superior and Magistrate Courts | 01/31/2018 |
| Supreme Court of the State of Georgia | 08/20/2024 |
| United States District Court for the Northern District of Georgia | 04/09/2018 |
| United States District Court for the District of Colorado | 06/03/2020 |
| United States District Court for the District of Columbia | 01/06/2003 |
| United States District Court for the District of Maryland | 10/15/2001 |
| United States District Court for the District of Minnesota | 12/12/1996 |
| U.S. Court of Appeals, First Circuit | 08/26/2009 |
| U.S. Court of Appeals, Second Circuit | 12/24/2014 |
| U.S. Court of Appeals, Seventh Circuit | 08/28/2009 |
| U.S. Court of Appeals, Ninth Circuit | 09/09/2011 |
| U.S. Court of Appeals, District of Columbia | 07/09/2001 |

4. My Georgia bar identification number is 355846 and my District of Columbia bar identification number is 467982.

5. A current certificate of good standing from Georgia is attached to this Affidavit as Exhibit A.

6. I am not currently suspended and have not been subject to any discipline by any Court.

7. I have never been subject to any disbarment or suspension proceedings.

8. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

9. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

10.  Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the forgoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 8, 2025                                    Respectfully submitted,

*/s/ Richard W. Black*
Richard W. Black (GA Bar No. 355846)
rblack@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road NE
Suite 1200, Monarch Tower
Atlanta, GA 30326
Tel:  404.443.3515
Fax:  404.233.2361

*Counsel for Defendants*
*Sheetz, Inc., Sheetz Distribution Services, LLC and CLI Transport, L.P.*

# EXHIBIT A



Lawyers Serving the Public and the Justice System

Mr. Richard William Black
Littler Mendelson PC
3424 Peachtree Road NE Suite 1200
Atlanta, GA 30326-1127
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 1/31/2018 |
| **BAR NUMBER:** | 355846 |
| **TODAY'S DATE:** | 07/08/2025 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*[signature]*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435