IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>KENNI MILLER,<br><br>    Proposed Plaintiff-Intervenor,<br><br>    v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC, and CLI TRANSPORT, LP,<br><br>    Defendants. | Case No. 3:24-cv-00231<br><br>Judge Stephanie L. Haines<br><br>*Electronically Filed* |

## **PROPOSED ORDER**

AND NOW, this ____ day of _____ 2025, upon consideration of the Motion for Admission *Pro Hac Vice* of Richard W. Black, it is hereby ORDERED that said Motion is GRANTED and that Attorney Black is admitted *pro hac vice* to represent Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP.

_____
Hon. Stephanie L. Haines
United States District Judge