IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,<br><br>Plaintiff,<br><br>**KENNI MILLER**,<br><br>Proposed Plaintiff-Intervenor<br><br>v.<br><br>**SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,**<br><br>Defendants. | Civil Action No. 3:24-cv-00231-SLH<br><br>Judge: Hon. Stephanie L. Haines |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF PROPOSED PLAINTIFF-INTERVENOR'S MOTION TO INTERVENE**

Upon consideration of Proposed Plaintiff-Intervenor Kenni Miller's Motion for Leave to File a Reply Brief in Support of his Motion to Intervene, it is hereby ORDERED that said Motion is GRANTED. Proposed Plaintiff-Intervenor Kenni Miller is granted leave to file the Reply in Support of his Motion to Intervene on or before August 1, 2025.

Dated: _____

HONORABLE STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE