## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,

        Plaintiff,

**KENNI MILLER,**

        Proposed Plaintiff-Intervenor

    v.

**SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,**

        Defendants.

Civil Action No. 3:24-cv-00231-SLH

Judge: Hon. Stephanie L. Haines

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
### PROPOSED PLAINTIFF-INTERVENOR'S MOTION TO INTERVENE

Proposed Plaintiff-Intervenor Kenni Miller ("Plaintiff-Intervenor Miller") respectfully submits this notice of supplemental authority regarding *EEOC v. Rosewood Hotels LLC.*, No. 24 Civ. 902, 2025 U.S. Dist. LEXIS 115580, at *2-3 (W.D.N.Y June 17, 2025) (**Ex. A)** and *EEOC v. Starboard with Cheese, LLC*, No. 24 Civ. 2260, 2025 U.S. Dist. LEXIS 149622, at *5-6 (S.D. Ill. Aug. 4, 2025) (**Ex. B**) in further support of his Motion to Intervene, ECF No. 82.

In *Rosewood Hotels*, the district court granted the proposed plaintiff-intervenor's request to intervene after the EEOC sought to dismiss the case pursuant to presidential directive, finding that the proposed plaintiff's intervention was "timely and appropriate," the defendant was not prejudiced by intervention, and the motion was timely. *Rosewood Hotels LLC.*, 2025 U.S. Dist. LEXIS 115580 at *3. In *Starboard with Cheese*, the district court also granted the proposed plaintiff-intervenor's request to intervene after the EEOC sought to dismiss the case pursuant to

presidential directive, finding that, "[a]s aggrieved parties, Intervenor Plaintiffs have the right to intervene in the EEOC's enforcement action" and that "without the EEOC continuing to pursue litigation, Intervenor Plaintiffs' ability to protect their interests will certainly be impaired or impeded unless they intervene." *Starboard with Cheese, LLC*, 2025 U.S. Dist. LEXIS 149622, at *1-2, *6 (allowing non-charging party to intervene).

These orders both support Plaintiff-Intervenor Miller's own request to intervene. *See, e.g.*, ECF No. 83 (Mem. of Law) at 8-11 (statutory intervention), 13 (prejudice), 14-17 (timeliness).

Dated: December 12, 2025

Respectfully submitted,

By:  */s/ Christopher M. McNerney*
Christopher M. McNerney* (NY 5140215)
Emma R. Janger* (NY 5893607)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone.: (212) 245-1000
Facsimile: (646) 509-2005
Email: cmcnerney@outtengolden.com
Email: ejanger@outtengolden.com

Pooja Shethji* (DC 1632574)
**OUTTEN & GOLDEN LLP**
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: pshethji@outtengolden.com

Mary M. McKenzie** (PA No. 47434)
Benjamin D. Geffen** (PA No. 310134)
Meghan Binford* (PA No. 321212)
**PUBLIC INTEREST LAW CENTER**
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
Telephone: (267) 546-1308
Facsimile: (215) 627-3183
Email: mmckenzie@pubintlaw.org
Email: bgeffen@pubintlaw.org
Email: mbinford@pubintlaw.org

Jon Pushinsky (PA No. 30434)
**Law Office of Jon Pushinksy**
429 Fourth Avenue
Pittsburgh, PA 15219
Telephone: (412) 281-6800
Facsimile: (412) 281-6808
Email: Jonpush@aol.com

* Admitted *Pro Hac Vice*
** Attorney Admission Pending

*Attorneys for Proposed Plaintiff-Intervenor
and the Proposed Class*