IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>KENNI MILLER,<br><br>    Proposed Plaintiff-Intervenor,<br><br>v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC AND CLI TRANSPORT, LP,<br><br>    Defendant. | Civil Action No. 3:24-cv-00231<br><br>Judge Stephanie L. Haines<br><br>*Electronically Filed* |

## PROPOSED ORDER

AND NOW, this ____ day of _____ 202___, upon consideration of Defendants' Motion for Leave to File a Response to Proposed-Intervenor Kenni Miller's Notice of Supplemental Authority, it is hereby ORDERED that such motion is GRANTED. Defendants' Proposed Response to Miller's Notice of Supplemental Authority, attached as Exhibit A to Docket No. 115, is hereby considered FILED as of the date of this order.

 

                                                                                              _____
                                                                                              Hon. Stephanie L. Haines
                                                                                              United States District Judge