IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> KENNI MILLER, <br><br> Proposed Plaintiff-Intervenor, <br><br> v. <br><br> SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC AND CLI TRANSPORT, LP, <br><br> Defendant. | Civil Action No. 3:24-cv-00231 <br><br> Judge Stephanie L. Haines <br><br> *Electronically Filed* |

## ~~PROPOSED~~ ORDER

AND NOW, this 18th day of December 2025, upon consideration of Defendants' Motion for Leave to File a Response to Proposed-Intervenor Kenni Miller's Notice of Supplemental Authority, it is hereby ORDERED that such motion is GRANTED. Defendants' Proposed Response to Miller's Notice of Supplemental Authority, attached as Exhibit A to Docket No. 115, is hereby considered FILED as of the date of this order.

_____
Hon. Stephanie L. Haines
United States District Judge