IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> **KENNI MILLER,** <br><br> Proposed Plaintiff-Intervenor <br><br> v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,** <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Judge: Hon. Stephanie L. Haines |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PROPOSED PLAINTIFF-INTERVENOR'S MOTION TO INTERVENE**

Proposed Plaintiff-Intervenor Kenni Miller ("Plaintiff-Intervenor Miller") respectfully submits this notice of supplemental authority regarding *Berk v. Choy*, No. 24-440, 2026 U.S. LEXIS 497 (U.S. Jan. 20, 2026) (**Ex. A)**, and *Rodney Phath v. Central Transport LLC*, No. 25-1028, 2026 U.S. App. LEXIS 2161 (3d Cir. Jan. 28, 2026) (**Ex. B**), in further support of his Motion to Intervene, ECF No. 82.

In *Berk*, the Supreme Court held that, absent certain exceptions not applicable here, Rule 8(a)(2)'s requirement of a "short and plain statement of the claim" "sets a ceiling on the information that plaintiffs can be required to provide about the merits of their claims" and emphasized "that evidence of the claim is *not* required." 2026 U.S. LEXIS 497, at *2, *9. The *Berk* opinion supports Plaintiff-Intervenor Miller's argument that he has plausibly pleaded Title

VII and CHRIA claims and that more specificity or "evidence" at this stage is unnecessary. *Compare* ECF No. 110 (Opp.) at 14-18, 20-22, *with* ECF No. 113 (Reply Br.), at 7-9.

In *Phath*, the Third Circuit held that Pennsylvania's Criminal History Record Information Act (CHRIA) "limits disclosure and use of" an employment applicant's criminal history record – regardless of the source of the criminal history information.  2026 U.S. App. LEXIS 2161, at *2, *6.  This precludes Defendants' premature argument that Plaintiff-Intervenor Miller failed to state a claim because he did not identify the underlying source of the criminal history information Defendants used to make their employment decision.  ECF No. 110 (Opp.) at 20-21; *see also* ECF No. 113 (Reply Br.) at 8-9.

Dated: February 3, 2026

Respectfully submitted,

By: */s/ Christopher M. McNerney*
Christopher M. McNerney* (NY 5140215)
Emma R. Janger* (NY 5893607)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone.: (212) 245-1000
Facsimile: (646) 509-2005
Email: cmcnerney@outtengolden.com
Email: ejanger@outtengolden.com

Pooja Shethji* (DC 1632574)
**OUTTEN & GOLDEN LLP**
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: pshethji@outtengolden.com

2

Mary M. McKenzie** (PA No. 47434)
Benjamin D. Geffen (PA No. 310134)
Meghan Binford* (PA No. 321212)
**PUBLIC INTEREST LAW CENTER**
1617 JFK Blvd., Suite 1650
Philadelphia, PA 19103
Telephone: (267) 546-1308
Facsimile: (215) 627-3183
Email: mmckenzie@pubintlaw.org
Email: bgeffen@pubintlaw.org
Email: mbinford@pubintlaw.org

Jon Pushinsky (PA No. 30434)
**Law Office of Jon Pushinksy**
429 Fourth Avenue
Pittsburgh, PA 15219
Telephone: (412) 281-6800
Facsimile: (412) 281-6808
Email: Jonpush@aol.com

* Admitted *Pro Hac Vice*
** Attorney Admission Pending

*Attorneys for Proposed Plaintiff-Intervenor and the Proposed Class*