IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>KENNI MILLER,<br><br>Proposed Plaintiff-Intervenor,<br><br>v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC AND CLI TRANSPORT, LP,<br><br>Defendant. | Civil Action No. 3:24-cv-00231<br><br>Judge Stephanie L. Haines<br><br>*Electronically Filed* |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO PROPOSED PLAINTIFF-INTERVENOR KENNI MILLER'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP (collectively, "Defendants") respectfully submit this unopposed motion for leave to file a response to a Notice of Supplemental Authority in Support of Proposed Plaintiff-Intervenor's Motion to Intervene, filed on February 3, 2026 (Dkt. 117).

1. On February 3, 2026, Proposed Intervenor-Plaintiff Kenni Miller ("Miller") filed a third notice of supplemental authority in support of his motion to intervene ("Third Notice"). (Dkt. 117).

2. In that Third Notice, Miller directs the Court to two recent federal court decisions: *Berk v. Choy,* No. 24-440, 2026 WL 135974, at *1 (U.S. Jan. 20, 2026); and *Phath v. Cent. Transport LLC*, No. 25-1028, 2026 WL 219842 (3d Cir. Jan. 28, 2026).

3. Defendants move for leave to submit a short response to Miller's Third Notice, presenting their position that the supplemental authority proffered in that Third Notice does not

support granting Miller's motion to intervene. A true and correct copy of Defendants' proposed three-page response is attached hereto as Exhibit A.

4. Counsel for Miller and for the EEOC do not oppose this Motion.

WHEREFORE, for the reasons set forth above, Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, L.P. respectfully request leave to file Defendants' Response to Proposed Plaintiff-Intervenor Kenni Miller's Third Notice of Supplemental Authority.

Dated: February 10, 2026

/s/ Katelyn W. McCombs
Robert W. Cameron (PA Bar No. 69059)
bcameron@littler.com
Terrence H. Murphy (PA Bar No. 36356)
tmurphy@littler.com
Katelyn W. McCombs (PA Bar No. 323746)
kmccombs@littler.com
LITTLER MENDELSON, P.C.
1 PPG Place, Suite 2400
Pittsburgh, PA 15222
Telephone:   412.201.7635 / 7621 / 7641
Facsimile:    412.774.1948

Kimberly J. Duplechain (DC Bar No. 1019392)*
kduplechain@littler.com
Bradford J. Kelley (DC Bar No. 1025941)*
bkelley@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006-4046
Telephone:   202.789.3417 / 2153
Facsimile:    202.842.0011
*Admitted *Pro Hac Vice*

Richard W. Black (GA Bar No. 355846)*
rblack@littler.com
LITTLER MENDELSON, P.C.

2

3424 Peachtree Road NE, Suite 1200
Atlanta, GA 30326
Telephone:    404.443.3515
Facsimile:    404.233.2361
* Admitted *Pro Hac Vice*


*Attorneys for Defendants Sheetz, Inc., Sheetz Distribution Services, LLC, and CLI Transport, LP*

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of February 2026, the foregoing Defendants' Unopposed Motion for Leave to File a Response to Proposed-Intervenor Kenni Miller's Third Notice of Supplemental Authority was filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Christopher M. McNerney
Emma R. Janger
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
cmcnerney@outtengolden.com
ejanger@outtengolden.com

Pooja Shethji
OUTTEN & GOLDEN LLP
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
pshethji@outtengolden.com

Mary M. McKenzie
Benjamin D. Geffen
Meghan Binford
PUBLIC INTEREST LAW CENTER
1500 JFK Blvd., Suite 802
Philadelphia PA 19102
mmckenzie@pubintlaw.org
bgeffen@pubintlaw.org
mbinford@pubintlaw.org

Jon Pushinsky
Law Office of Jon Pushinsky
1408 Law and Finance Building
429 Fourth Avenue
Pittsburgh, PA, 15219
Jonpush@aol.com

*Attorneys for Proposed Plaintiff-Intervenor
and the Proposed Class*

Debra M. Lawrence
EEOC - Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
debra.lawrence@eeoc.gov

*Attorneys for Plaintiff*

                                        */s/ Katelyn W. McCombs*
                                        Katelyn W. McCombs