IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>KENNI MILLER,<br><br>Proposed Plaintiff-Intervenor,<br><br>v.<br><br>SHEETZ, INC., SHEETZ DISTRIBUTION SERVICES, LLC AND CLI TRANSPORT, LP,<br><br>Defendant. | Civil Action No. 3:24-cv-00231<br><br>Judge Stephanie L. Haines<br><br>*Electronically Filed* |

**PROPOSED ORDER**

AND NOW, this _____ day of _____ 2026, upon consideration of Defendants' Unopposed Motion for Leave to File a Response to Proposed Plaintiff-Intervenor Kenni Miller's Third Notice of Supplemental Authority, it is hereby ORDERED that such motion is GRANTED. Defendants' Response to Proposed Plaintiff-Intervenor Kenni Miller's Third Notice of Supplemental Authority, attached as Exhibit A to Docket No. 118, is hereby considered FILED as of the date of this order.

_____
Hon. Stephanie L. Haines
United States District Judge

4903-4628-6978