**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br>      Plaintiff, <br><br> **KENNI MILLER,** <br><br>      Plaintiff-Intervenor <br><br> v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,** <br><br>      Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Judge: Hon. Stephanie L. Haines |

<u>**MOTION TO WITHDRAW APPEARANCE OF EMMA R. JANGER AS COUNSEL FOR PLAINTIFF-INTERVENOR KENNI MILLER**</u>

Pursuant to Local Civil Rule of Court 83.2.C.4, Plaintiff-Intervenor respectfully requests leave of this Court for Emma R. Janger (formerly of Outten & Golden LLP) to withdraw as attorney of record.  In support of this request, Plaintiff-Intervenor states as follows:

1. Emma R. Janger, whose *pro hac vice* admission in this matter was granted on June 6, 2025, ECF No. 86, is no longer with Outten & Golden.

2. Plaintiff-Intervenor continues to be represented by *pro hac vice* counsel Christopher M. McNerney and Pooja Shethji of the firm Outten & Golden, in addition to *pro hac vice* counsel Mary M. McKenzie, Benjamin D. Geffen and Meghan Binford of the Public Interest Law Center; and Jon Pushinsky of the Law Office of Jon Pushinsky.

3. The withdrawal of Emma R. Janger will not delay any aspect of this litigation or result in any prejudice to any party.

Dated: March 17, 2026

Respectfully submitted,

By:  */s/ Emma R. Janger*
Emma R. Janger* (NY 5893607)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone.: (212) 245-1000
Facsimile: (646) 509-2005
Email: ejanger@outtengolden.com

* Admitted *Pro Hac Vice*

*Attorney for Plaintiff-Intervenor and the
Proposed Classes*