**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> **KENNI MILLER,** <br><br> Plaintiff-Intervenor <br><br> v. <br><br> **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,** <br><br> Defendants. | Civil Action No. 3:24-cv-00231-SLH <br><br> Judge: Hon. Stephanie L. Haines |

**ORDER GRANTING WITHDRAWAL OF COUNSEL**

On this day came on to be considered the Motion to Withdraw Appearance of Emma R. Janger as Counsel for Plaintiff-Intervenor Kenni Miller pursuant to Local Rule 83.2.C.4 in the above-styled and numbered action.

The Court finds the Motion should be, and it is hereby, GRANTED.

Signed and entered this _____ day of _____, 2026.

_____
HONORABLE STEPHANIE L. HAINES
United States District Judge