IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| Plaintiff, | Civil Action No. 3:24-cv-00231-SLH |
| **KENNI MILLER,** | |
| Plaintiff-Intervenor | Judge: Hon. Stephanie L. Haines |
| v. | |
| **SHEETZ, INC.; SHEETZ DISTRIBUTION SERVICES, LLC; and CLI TRANSPORT, LP,** | |
| Defendants. | |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

On this day came on to be considered the Motion to Withdraw Appearance of Emma R. Janger as Counsel for Plaintiff-Intervenor Kenni Miller pursuant to Local Rule 83.2.C.4 in the above-styled and numbered action.

The Court finds the Motion should be, and it is hereby, GRANTED.

Signed and entered this ___20th___ day of __March__, 2026.

_____
HONORABLE STEPHANIE L. HAINES
United States District Judge